IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY L. HUFFINS                                                                  PLAINTIFF

v.                              No. 3:15-cv-64-DPM-JTR

GREENE COUNTY JAIL; and
SAMMY JOHNSON, LPN                                                          DEFENDANTS

ORDER

Huffins filed this *pro se* § 1983 action when he was confined in the Greene County Detention Facility. Sometime thereafter, he was released from custody without providing a forwarding address. As a consequence, Huffins did not receive the 29 April 2015 Order directing him to either pay the $400 filing fee in full or file an application to proceed *in forma pauperis*. № 4 & 5. But it's his responsibility to update his address with the Court. LOCAL RULE 5.5(c)(2). The Court will therefore dismiss Huffin's complaint without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C.§1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 June 2015