# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JERRY L. HUFFINS**                                                        **PLAINTIFF**

v.                         No. 3:15-cv-64-DPM

**GREENE COUNTY JAIL; and**
**SAMMY JOHNSON, LPN**                                 **DEFENDANTS**

## JUDGMENT

This case is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

11 June 2015